IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DIMITRA COGDELL,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

Case No. 5D23-1319
LT Case No. 2013-CF-11169-A

_____/

Decision filed May 16, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Dimitra Cogdell, Florida City, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EISNAUGLE, KILBANE and MACIVER, JJ., concur.